**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:93CR201 |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| RAY CHARLES BUTLER, | ) | |
| | ) | |
| Defendant(s). | ) | ORDER |

The Court held a Final Supervised Release Violation hearing in the above matter and finds that the defendant, Ray Charles Butler, violated the conditions of supervised release and orders the following:

- Ten (10) months custody with the Bureau of Prisons; and,
- The Court terminates supervision.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

                s/Christopher A. Boyko
                Christopher A. Boyko
                United States District Judge

July 25, 2007